

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00414-CR

JOBY MANUEL MUNIZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B19886-1503, Honorable Kregg Hukill, Presiding

September 18, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant Joby Manuel Muniz appeals the trial court's judgment revoking his community supervision and sentencing him to five years' confinement for the offense of possession of a controlled substance in an amount of one gram or more but less than four grams.[1]  We dismiss the appeal.

---

[1] TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (West 2017).

We previously remanded this cause to the trial court on June 25, 2019, after appellant's counsel failed to timely file an appellate brief. Upon remand, the trial court was to determine, among other things, whether appellant still desired to prosecute the appeal. The trial court held a hearing on July 19, 2019. Appellant appeared by counsel. At the hearing, appellant's counsel notified the trial court that appellant no longer wished to pursue the appeal. The trial court entered findings of fact and conclusions of law in accordance with counsel's representations to the court.

The appeal was reinstated and appellant's counsel filed a motion to dismiss the appeal pursuant to Rule of Appellate Procedure 42.2(a). Although the motion was signed by appellant's counsel but not by appellant, we will accept the trial court's findings in lieu of appellant's signature. TEX. R. APP. P. 2, 42.2(a). Accordingly, we grant the motion and dismiss the appeal. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.